*1144 ante, p. 1;
516 U. S. 838;
ante, p. 1129;
ante, p. 1122;
ante, p. 1122;
520 U. S. 1107;
520 U. S. 1213;
520 U. S. 1175;
520 U. S. 1175;
520 U. S. 1149;
ante, p. 1122;
520 U. S. 1255;
520 U. S. 1256;
520 U. S. 1267;
520 U. S. 1267;
520 U. S. 1234;
520 U. S. 1208;
520 U. S. 1279;
520 U. S. 1279;
*1145 No. 96-8686.
No. 96-8699.
No. 96-8722.
No. 96-8761.
No. 96-8803.
No. 96-8817.
No. 96-8939.
No. 96-8947.
No. 96-9014.
No. 96-9038.
No. 96-9046.
No. 96-9071.
No. 96-9073.
No. 96-9079.
No. 96-9094.
No. 96-9115.
No. 96-9137.
No. 96-9175.
No. 96-9237.
520 U. S. 1235;
520 U. S. 1279;
ante, p. 1106;
ante, p. 1107;
ante, p. 1123;
ante, p. 1123;
ante, p. 1125;
ante, p. 1109;
ante, p. 1117;
ante, p. 1109;
ante, p. 1109;
ante, p. 1110;
ante, p. 1110;
ante, p. 1110;
ante, p. 1126;
ante, p. 1110;
ante, p. 1126;
ante, p. 1127; and
ante, p. 1128. Petitions for rehearing denied.